

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

California state prisoner Michael Doktoreztk appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety in connection with an assault by other inmates. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Universal Health Servs., Inc. v. Thompson,* 363 F.3d 1013, 1019 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Doktoreztk failed to raise a genuine dispute of material fact as to whether Morales knew of and disregarded an excessive risk to his safety. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (claim of deliberate indifference requires showing that "the officer [knew] of and disregard[ed] an excessive risk to inmate ... safety").

The district court did not abuse its discretion in failing to consider a declaration by another inmate because the inmate lacked personal knowledge of the events at issue. *See Block v. City of Los Angeles,* 253 F.3d 410, 416, 419 (9th Cir.2001) (reviewing for an abuse of discretion and explaining that a court may consider declarations for purposes of summary judgment only if they are made on personal knowl-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

edge and sets out facts that would be admissible in evidence).

**AFFIRMED.**

Curtis Harvey **MERCHANT,** **Plaintiff–Appellant,**

v.

**H. LOPEZ, Correctional Food Manager II; et al., Defendants–Appellees.**

No. 11–55724.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 3, 2013.

Curtis Harvey Merchant, Lancaster, CA, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Martin Kosla, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

California state prisoner Curtis Harvey Merchant appeals pro se from the district

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

court's summary judgment in his 42 U.S.C. § 1983 action alleging retaliation in violation of the First Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Jones v. Blanas,* 393 F.3d 918, 926 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Merchant failed to raise a genuine dispute of material fact as to whether defendants' actions did not reasonably advance a legitimate correctional goal in light of defendant Weitzeil's stated concern for her safety. *See Pratt v. Rowland,* 65 F.3d 802, 806 (9th Cir.1995) (a prisoner plaintiff "bears the burden of pleading and proving the absence of legitimate correctional goals for the conduct of which he complains"); *see also Karam v. City of Burbank,* 352 F.3d 1188, 1194 (9th Cir.2003) (speculation as to defendant's improper motive does not rise to the level of evidence sufficient to raise a triable dispute of fact).

**AFFIRMED.**

**Randall Wayne GRIMES,**
**Plaintiff–Appellant,**

v.

**Arron PFIEL, Correctional Officer;**
**Armando H. Martinez, Correctional**
**Officer, Defendants–Appellees.**

**No. 11–56055.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 3, 2013.

Randall Wayne Grimes, Represa, CA, pro se.

Jose Zelidon–Zepeda, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Randall Wayne Grimes appeals pro se from the district court's judgment in his 42 U.S.C. § 1983 action alleging excessive force and deliberate indifference to safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Torres v. City of Los Angeles,* 548 F.3d 1197, 1205 (9th Cir. 2008) (judgment as a matter of law); *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.